

# Fourth Court of Appeals
## San Antonio, Texas

August 9, 2019

No. 04-19-00353-CV

**IN THE INTEREST OF T.H.C., A CHILD,**

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-19681
Honorable Cynthia Marie Chapa, Judge Presiding

## O R D E R

    The appellee's attorneys have filed a motion to withdraw. The motion is GRANTED. The withdrawing attorneys are ORDERED to comply with TEX. R. APP. P. 6.5(c).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of August, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court